■ In the Matter of the Accounting of MARIAN SAXE, as Executrix of HOWARD R. HARVEY, Deceased, Appellant. CECIL HAGER, Respondent.-

Present —
Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.